UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG KAI, | No. 2:15-cv-1599-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

    On March 18, 2016, the court dismissed petitioner's application for a writ of habeas corpus, without prejudice, for failure to prosecute. The Clerk of the Court closed the case and judgment was entered accordingly. On November 4, 2016, petitioner filed a letter with the court requesting counsel and seeking legal advice. The court takes no action on petitioner's filing as this case is now closed. Petitioner is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

    So ordered.

Dated: November 16, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE